FILED
2015 Mar-09  PM 05:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ADRIENNE MOFFETT,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 2:14-cv-02451-WMA** |
| | ) |
| **DYNAMIC RECOVERY** | ) |
| **SOLUTIONS, LLC,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Adrienne Moffett, and Defendant, Dynamic Recovery Solutions, LLC., have reached a settlement in the above-styled case. Plaintiff anticipates voluntarily dismissing this cause of action, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

/s/ Sammie D. Shaw_____

Sammie D. Shaw, Esq. (ASB-3892-a62s)
Attorney for Plaintiff
P.O. Box 1782
Birmingham, AL 35201
Phone: (205) 322-7332
Fax: (205) 322-7339
Email: attyshaw@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system and served same upon the following by Electronic Mail.

Chad Echols
Attorney for Defendant
chad.echols@theecholsfirm.com

/s/Sammie D. Shaw
**SAMMIE D. SHAW**