```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

ADRIENNE MOFFETT,              }
                               }
    Plaintiff,                 }
                               }       CIVIL ACTION NO.
v.                             }       2:14-cv-2451-WMA
                               }
DYNAMIC RECOVERY SOLUTIONS,    }
LLC,                           }
                               }
    Defendant.                 }

### ORDER

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE.  The parties shall have **thirty (30) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 10th day of March, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE